FILED

04/12/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0418

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0418

---

WADE AYALA,

       Plaintiff, Counterclaim-Defendant
       and Appellee,

    v.

GAIL STAFFORD,

       Defendant, Counter-Claimant,
       Third-Party Plaintiff and Appellant,

    v.

RECONTRUST COMPANY, N.A.; BANK OF              O R D E R
AMERICA, N.A.; EQUITY PROCESS
MANAGEMENT, INC.; FEDERAL NATIONAL
MORTGAGE ASSOCIATION; and DOES 1-10,

       Third-Party Defendants, Appellees
       and Cross-Appellants,

EQUITY PROCESS MANAGEMENT, INC.;
PAMELA PFAFF, Personal Representative
of the Estate of JOSEPH NOWAKOWSKI;
BRANDY LOU AYALA, SADIE LYNN BARRETT;
and DOES 1-10,

       Third-Party Defendants and Appellees.

---

Appellee and Cross-Appellant Equity Process Management Inc. (Equity), by counsel, has filed a motion for extension of time to file its cross-appeal reply brief.

IT IS ORDERED that Equity's motion for extension of time is GRANTED. Equity has until May 14, 2021, within which to file its reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 12 2021